IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

ALONZO J. LOPEZ,                          )
                                          )
              Plaintiff,                  )    TC-MD 150020C
                                          )
       v.                                 )
                                          )
DEPARTMENT OF REVENUE,                    )
State of Oregon,                          )
                                          )
              Defendant.                  )    **FINAL DECISION**

       This Final Decision incorporates without change the court's Decision, entered

February 17, 2015.  The court did not receive a statement of costs and disbursements within 14

days after its Decision was entered.  *See* TCR-MD 16 C(1).

       This matter is before the court on Defendant's Answer filed February 12, 2015.  Plaintiff

filed his Complaint on January 22, 2015, requesting "Reversal of Deficiency for $985.77."  In its

Answer, Defendant agreed "to cancel its October 28, 2014 Notice of Deficiency Assessment."

Because the parties are in agreement, the case is ready for decision.  Now, therefore,

       IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of

Deficiency Assessment, dated October 28, 2014.  Defendant shall issue or otherwise credit to

Plaintiff any refund due with statutory interest, if any.

       Dated this ____ day of March 2015.

                                          _____
                                          DAN ROBINSON
                                          MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.
Your complaint must be submitted within <u>60</u> days after the date of the Final
Decision or this Final Decision cannot be changed.  TCR-MD 19 B.
This document was signed by Magistrate Dan Robinson on March 9, 2015.  The
court filed and entered this document on March 9, 2015.*